UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2023 MAY 18 AM 11:53

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL A. CRIDER

CASE NO. 3:23-cr-84-BJD-LLL
18 U.S.C. §§ 751(a) and 4082

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 11, 2023, in the Middle District of Florida, and elsewhere, the defendant,

MICHAEL A. CRIDER,

did knowingly and willfully escape from custody of Bridges Federal Reintegration Centers – Jacksonville, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Florida upon conviction for the commission of a federal offense, specifically, possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

All in violation of 18 U.S.C. §§ 751(a) and 4082.

A TRUE BILL,

███████████████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Michael J. Coolican
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
5/15/23 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL A. CRIDER

INDICTMENT

Violations: 18 U.S.C. §§ 751(a) and 4082

A true bill,

_____
Foreperson

Filed in open court this __18th__ day

of May, 2023.

_____
Clerk

Bail  $_____

GPO 863 525